IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAMON LAGOS, MICHELLE SPARROW, and CARLA OBASUYI, Individually and on Behalf of Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>COGENT COMMUNICATIONS, INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No.: 4:11-cv-04523<br>§<br>§<br>§<br>§<br>§ |

## AGREED ORDER REGARDING ISSUANCE OF NOTICE AND CONSENT FORMS, DISCLOSURE OF NAMES AND CONTACT INFORMATION, AND OPT-IN DEADLINE

Before this Court is Defendant Cogent Communications, Inc. ("Cogent") and Plaintiffs Ramon Lagos, Michelle Sparrow, and Carla Obasuyi's (collectively, "Plaintiffs") (collectively, the "Parties") Joint Motion to Enter Agreed Order Regarding Issuance of Notice and Consent Forms, Disclosure of Names and Contact Information, and Opt-in Deadline ("Motion"). After reviewing the Motion, this Court agrees that the Parties' agreement regarding the (i) issuance of Plaintiffs' Notice to Potential Plaintiffs ("Notice") and Consent to Become a Party Plaintiff ("Consent") form, (ii) disclosure of names and contact information, and (iii) running of the opt-in period should govern the notice and opt-in process in this case. Therefore, this Court GRANTS the Motion and ORDERS as follows:

    a.    Plaintiffs will use the Notice attached as Exhibit 1 to the Motion.

    b.    Plaintiffs will use the Consent form attached as Exhibit B to Plaintiffs' Motion for Notice to Potential Plaintiffs and for Conditional Certification.

c.  Cogent will provide to Plaintiffs in usable electronic form the following information for the potential opt-in plaintiffs, to the extent Cogent has such information in its records, by November 30, 2012: (i) names; (ii) last known home addresses; (iii) business e-mail addresses (for current employees only); (iv) home e-mail addresses; (v) home telephone numbers; (vi) cellular telephone numbers; and (vii) last four digits of the social security numbers.

d.  Plaintiffs are allowed to e-mail the Notice and Consent form to the potential opt-in plaintiffs who are current employees of Cogent at their business e-mail addresses. However, other than the e-mail containing the Notice and Consent form, Plaintiffs (including their counsel) may not engage in any additional e-mail correspondence with potential opt-in plaintiffs who are current employees of Cogent through their Cogent business e-mail addresses.

e.  If Cogent provides Plaintiffs a personal e-mail address for a potential opt-in plaintiff, then Plaintiffs are allowed to e-mail the Notice and Consent form to the potential opt-in plaintiff at his/her personal e-mail address.

f.  Cogent will post, during a 60 day period beginning on when Plaintiffs make their initial mailing of the Notice and Consent forms, the Notice and Consent form in each of its sales offices in the United States in an area readily and routinely available for review by Global Account Managers and Regional Account Managers.

g.  Plaintiffs shall mail the Notice and Consent forms within a reasonable time period of Cogent providing them the names and last known home addresses, but no later than within 10 calendar days of Cogent's provision of such information.

h.  Plaintiffs shall inform Cogent of the date their outside mailing company sends out the Notice and Consent forms to all of the potential opt-in plaintiffs and the 60 day opt-in period shall run from that date. To ensure that this Court is aware of the date from which the 60-day

period runs, Plaintiffs shall submit a letter to the Case Manager informing her of the date that the mailings went out and the date that the opt-in period shall end.

Signed this the 30th day of Nov., 2012.

_____
UNITED STATES DISTRICT JUDGE